UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

            11 CR. 417 (RMB)

  -against-

**ORDER**

RANDY ORTZMAN,
                Defendant.
------------------------------------------------------------X

The telephone status conference previously scheduled for Thursday, January 28, 2021 at 10:00 AM is hereby rescheduled to Wednesday, March 3, 2021 at 9:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4173

Dated: January 20, 2021
       New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.