**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                    11 CR. 417 (RMB)

        -against-
                                                    **ORDER**

RANDY ORTZMAN,
                          Defendant.
-----------------------------------------------------------X

        The supervised release hearing previously scheduled for Tuesday, September 14, 2021 at 9:30 AM is hereby rescheduled to Monday, September 13, 2021 at 11:30 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 4173

Dated: September 8, 2021
        New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                    U.S.D.J.