UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                11 CR. 417 (RMB)
  -against-

                                                **ORDER**

RANDY ORTZMAN,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Monday, September 13, 2021 at 11:30 AM is hereby rescheduled to Wednesday. September 22, 2021 at 9:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 4173

Dated: September 15, 2021
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                      U.S.D.J.