UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    11 CR. 417 (RMB)

   -against-

                                                     **ORDER**

RANDY ORTZMAN,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, January 10, 2022 at 12:30 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 4173

Dated: January 5, 2022
       New York, NY

                                                */s/ Richard M. Berman*
                                            RICHARD M. BERMAN
                                                    U.S.D.J.